

| | | |
|---|---|---|
| **CHARITY R. CLARK**<br>**ATTORNEY GENERAL** | | **TEL: (802) 828-3171**<br><br>www.ago.vermont.gov |

**STATE OF VERMONT**
**OFFICE OF THE ATTORNEY GENERAL**
**109 STATE STREET**
**MONTPELIER, VT**
**05609-1001**

April 13, 2023

Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:  *Courthouse News Service v. Gabel*, Case No. 21-3098

Dear Ms. Wolfe:

During oral argument on April 10, 2022, in response to a question, I stated that looking only at the rejection rate for initial civil filings, the percentage rejected in Vermont is about four times the percentage *Courthouse News Serv. v. Cozine*, No. 3:21–cv–680, Doc. 89, at 6-7 (D. Or. Mar. 14, 2023) found significant applying the framework set forth in *Courthouse News Serv. v. Planet*, 947 F.3d 581 (9th Cir. 2020). I am writing now to clarify the basis for that answer, which is correct, but could potentially lead to confusion. The answer is correct because prospective filers in Vermont identified 3 PDFs that included unredacted nonpublic information as initial civil filings, A215, and 3 divided by 4,156 is .072%, which is four times the .018% figure discussed in *Courthouse News Serv. v. Cozine*, No. 3:21–cv–680, Doc. 89, at 6-7 (D. Or. Mar. 14, 2023).

However, the answer could lead to confusion for two reasons. First, it was based on the percentage of rejected documents filers actually represented were initial filings. The District Court below calculated a competing figure of .048% by excluding 1 of the 3 PDFs and considering only documents filers should have represented were initial civil filings. Second, the seventh page of the *Cozine* opinion, which is attached for ease of reference, is missing a zero. It

refers to .18%, but should refer to .018%, because *Cozine* considered the rejection of 26 out of approximately 144,000 civil complaints, which is .018%.

        Sincerely,

        */s/ David Boyd*

        David Boyd
        Assistant Attorney General