## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Courthouse News Service v. Corsones**   Docket No.: **21-3098**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **David McLean**

Firm: **Vermont Office of the Attorney General**

Address: **109 State St., Montpelier, VT 05609**

Telephone: **802 828-5341**   Fax: **802 828-3187**

E-mail: **david.mclean@vermont.gov**

Appearance for: **Appellants Teri Corsones, Christine Brock, Anne Damone, Gaye Paquette, Amanda Stites, Margaret Villeneuve**
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: **David Boyd, Vermont Office of the Attorney General** )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: **/s/ David McLean**

Type or Print Name: **David McLean**