

The Windsor Superior Court in White River Junction is closed for renovations. Information about the renovation schedule, closures, and new locations for Windsor Superior Court and the Judicial Bureau can be found here.

As of May 23, 2024, email addresses for Judiciary staff, judges, justices and Vermont state courts have migrated to email addresses ending in **@vtcourts.gov**. Emails sent to state courts, Judiciary offices, and to state court personnel at their old @vermont.gov email addresses are no longer forwarding to the new @vtcourts.gov email addresses. Please note this change and update records accordingly.

Click here for information regarding court operations, including participating in remote hearings.

Home > Court Divisions

# Court Divisions

The Vermont Judiciary consists of an appellate court which is the Supreme Court. It also has a trial court known as the Vermont Superior Court. There are 14 units of the Superior Court, one corresponding to each county. The Superior Court has five divisions: civil, criminal, environmental, family, and probate. The Superior Court also has a Judicial Bureau, which has statewide jurisdiction. Each of these courts has a distinct role in providing justice.

- Civil Division +
- Criminal Division +
- Environmental Division +
- Family Division +
- Judicial Bureau +
- Probate Division +
- Supreme Court +

**Mission Statement**
The mission of the Vermont Judiciary is to provide equal access to justice, protect individual rights, resolve legal disputes fairly and timely, and provide everyone the opportunity to have their day in court.

**Our Vision**
The people of Vermont will have trust and confidence in the Vermont state courts because the courts are fair, impartial, accessible, responsive, consistent, free of discrimination, independent, and well-managed.

ADA Information
Employment Opportunities
Filing a Complaint
Get Adobe Reader
Help Using This Website
Outlook Web Access

Request an Interpreter
Site Map
Terms of Use
Vermont Superior Trial Court Email Policy
Website Feedback

© 2021 Vermont Judiciary. All rights reserved.



Cited in Courthouse News Serv. v. Corsones, no. 21-3098, archived on 3/11/2025. This document is protected by copyright. Further reproduction is prohibited without permission.