# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of March, two thousand twenty-five.

Before:  Pierre N. Leval,
     Denny Chin,
     Richard J. Sullivan,
      *Circuit Judges*.

_____

| | |
|---|---|
| Courthouse News Service, Vermont Press Association, Inc., New England First Amendment Coalition, Gray Media Group, Inc, DBA WCAX-TV, Gannett Vermont Publishing, Inc., DBA Burlington Free Press, Sample News Group, LLC, DBA Barre-Montpelier Times Argus, DBA Rutland Herald, Vermont Journalism Trust, Ltd., VTDigger, a project of Vermont Journalism Trust, Ltd., Da Capo Publishing, Inc., DBA Seven Days, Vermont Community Newspaper Group, LLC, DBA Stowe Reporter, News & Citizen, South Burlington Other Paper, Shelburne News, and The Citizen, | **JUDGMENT** <br><br> Docket No. 21-3098 |

    Plaintiff - Appellees,

v.

Teri Corsones, in her official capacity as the State Court Administrator of the Supreme Court of the State of Vermont, Amanda Stites, in her official capacity as Clerk of Court for Addison, Bennington, and Rutland Counties, Margaret Villeneuve, in her official capacity as Clerk of Court for Caledonia, Essex, Orleans, and Washington Counties, Christine Brock, in her official capacity as Clerk of Court for Chittenden County, Gaye Paquette, in her official capacity as Clerk of Court for Franklin, Grand Isle, and Lamoille Counties, Anne Damone, in her official capacity as Clerk of Court for Orange, Windham, and Windsor Counties,

    Defendant - Appellants.

_____

The appeal in the above captioned case from a judgment and permanent injunction of the United States District Court for the District of Vermont was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment is AFFIRMED to the extent that it ruled that the Vermont procedures it reviewed violated Plaintiffs' First Amendment right to access judicial documents. The injunction granted by the district court is VACATED for overbreadth, and the case is REMANDED for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court