# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of April, two thousand twenty-five.

Before:  Pierre N. Leval,
     Denny Chin,
     Richard J. Sullivan,
      *Circuit Judges.*

---

Courthouse News Service, et al.,

   Plaintiffs - Appellees,

v.

Teri Corsones in her official capacity as the State Court Administrator of the Supreme Court of the State of Vermont, et al.,

   Defendants - Appellants.

**ORDER**

Docket No. 21-3098

---

  Appellee Courthouse News Service seeks a determination that it is entitled to an award of attorneys' fees incurred in connection with this appeal, and for a referral to the district court to determine a reasonable amount.

  IT IS HEREBY ORDERED that the motion is GRANTED.

          For the Court:
          Catherine O'Hagan Wolfe,
          Clerk of Court